**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-3302M |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dilmer Espinoza-Calix, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Today, Defendant Dilmer Espinoza-Calix filed an Objection to Depositions for Material Witnesses for the material witness video depositions scheduled for 9:00 a.m. today. (docket # 24[1])  Defense counsel provided the Court a copy of his Objection, filed at 8:57 a.m. this morning. The video depositions were set for today, beginning at 9:00 a.m., back on July 30, 2008 in the physical presence of Defendant's counsel. Defendant's Objection does not indicate why defense counsel waited until three minutes before the start of the material witness video depositions to file his Objection.

/ / /

/ / /

/ / /

---

[1] The docket erroneously reflects that Defendant's Objection is a witness list.

1    **IT IS ORDERED** that Defendant's Objection to Depositions for Material
2 Witnesses, docket # 24, is **OVERRULED**.
3           DATED this 20th day of August, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge